OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 1, 2005

TO:    Willie C. Land
       SBI #127622
       DCC

    **RE:    Entry for Default Judgement, CA 04-1440 SLR**

Dear Mr. Land:

    Papers have been received by this office for filing in the above matter which do <u>not</u> conform to: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

    The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing they *__must be signed by you__*.

    Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the certificate of service, should be sent to this office for processing

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

    Sincerely,

/jp

    PETER T. DALLEO
    CLERK

cc:  The Honorable Sue L. Robinson; CA 04-1440 SLR

COPY

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

Willie C. Land            )
    Petitioner         )
                     )

    v.            )       Civil Action No. 04-1440 SLR
                     )       (28 U.S.C. 2254)

Thomas Carroll, Warden       )
And the Attorney General for the   )
State of Delaware          )
    Respondents        )

**FILED**

**FEB 28 2005**

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### ENTRY FOR DEFAULT JUDGEMENT

Petitioner Willie C. Land, is hereby entering a Motion for Default Judgment pursuant to **Federal Rules of Civil Procedure, Rule 55(a)**.

It appearing that the Defendants, Thomas Carroll and M. Jane Brady, Respondents are in default for failure to answer or otherwise defend as required by law, the Petitioner, under **28 U.S.C. 2254**, writ of habeas corpus, served on the Defendant(s) on January 6, 2005 by certified mail.

Default Judgment is hereby entered against the said Defendants this 21st day of February, 2005.

Dated: _____

                                      **Peter T. Dalleo**
                                      **Officer of the Clerk**
                                      **United States District Court**
                                      **844 N. King Street, Locker Box 18**
                                      **Wilmington, Delaware 19801-3570**