## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WILLIE C. LAND**, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Civ. Act. No. 04-1440-SLR |
| | : |
| **THOMAS CARROLL**, Warden, | : |
| and the **ATTORNEY GENERAL** | : |
| **FOR THE STATE OF DELAWARE**, | : |
| | : |
| Respondents. | : |

### NOTICE OF FILING OF STATE COURT RECORDS

1. Respondent files herewith certified copies of the following Delaware Supreme Court documents in *Willie C. Land v. Board of Parole of the State of Delaware*, No. 297, 2004:

    a. appellant's opening brief and appendix;

    b. State's motion to affirm;

    c. and the Court's order dated October 13, 2004.

/s/ Thomas E. Brown
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500

Date: March 31, 2005

**CERTIFICATE OF SERVICE**

The undersigned, being a member of the Bar of this Court, hereby certifies that on March 31, 2005 he caused to be electronically filed a Notice of Filing of Certified State Court Records with the Clerk of the Court using CM/ECF and caused to be hand delivered paper copies of the records listed therein with the Clerk's Office.  I hereby certify that on March 31, 2005 I have also caused to be mailed by first class U.S. Mail two copies of the document (and the records listed therein) to the following non-registered participant, the petitioner:

>Willie C. Land (No. 127622)
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, DE 19977.

/s/ Thomas E. Brown
Thomas E. Brown
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondents

Date:  March 31, 2005