IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **WILLIE C. LAND**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 04-1440-SLR |
| | : | |
| **THOMAS CARROLL**, Warden, | : | |
| and the **ATTORNEY GENERAL** | : | |
| **FOR THE STATE OF DELAWARE**, | : | |
| | : | |
| Respondents. | : | |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only: the Court's unreported decision in *Tarbutton v. Snyder*, Civ. Act. No. 99-608-RRM (D. Del. July 5, 2000).

The original documents are maintained in the case file in the Clerk's Office.

    /s/ Thomas E. Brown
Thomas E. Brown
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
Del. Bar ID#  3278

Date: March 31, 2005

**CERTIFICATE OF SERVICE**

The undersigned, being a member of the Bar of this Court, hereby certifies that on March 31, 2005 he caused to be electronically filed a Notice of Filing with the Clerk of the Court using CM/ECF. I hereby certify that on March 31, 2005 I have also caused to be mailed by first class U.S. Mail two copies of the document to the following non-registered participant, the petitioner:

    Willie C. Land (No. 127622)
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977.

    /s/ Thomas E. Brown
    Thomas E. Brown
    Deputy Attorney General
    Del. Dept. of Justice

    Counsel for Respondents

Date: March 31, 2005