IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE C. LAND,<br><br>    Petitioner,<br><br>    v.<br><br>THOMAS CARROLL,<br>Warden, and M. JANE<br>BRADY, Attorney General<br>of the State of<br>Delaware,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)  Civ. No. 04-1440-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 29th day of April, 2005;

IT IS ORDERED that:

Petitioner Willie C. Land's motion for default judgment in his favor based on respondents' alleged failure to file a timely answer is DENIED. (D.I. 12); See Fed. R. Civ. P. 55(a). The earliest date on which respondents' answer was due was February 28, 2005. (D.I. 9; D.I. 10) The record reveals that, on February 28, 2005, respondents timely filed a motion to extend the time for filing an answer. (D.I 11) The court granted the motion, set March 31, 2005 as the new filing deadline, and respondents timely filed their answer on March 31, 2005. (D.I. 14)

                                                                              _/s/_____<br>
                                                                 UNITED STATES DISTRICT JUDGE