IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE C. LAND, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. No. 04-1440-SLR |
| | ) |
| THOMAS CARROLL, | ) |
| Warden, | ) |
| and M. JANE BRADY, | ) |
| Attorney General for | ) |
| the State of Delaware, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

At Wilmington, this 30th day of November, 2005, consistent with the Memorandum Opinion issued this same date; IT IS HEREBY ORDERED that:

1. Petitioner Willie C. Land's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED, and the relief requested therein is DENIED. (D.I. 2)

2. The court declines to issue a certificate of appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2).

                                                                      _____
                                                                       UNITED STATES DISTRICT JUDGE