## NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Willie C. Land
_____ Petitioner,

Thomas Carroll, Warden, and M. Jane Brady, Attorney General for the State of Delaware, Respondents

DISTRICT COURT DOCKET NUMBER: 04-1440-SLR

DISTRICT COURT JUDGE: Sue L. Robinson

Notice is hereby given that __Willie C. Land__ (Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [✓] Order,

[ ] Other (specify) _____

entered in this action on __12-15-05__ (date)

Dated: __12-15-05__

__Willie C. Land, Pro Se__
(Counsel for Appellant-Signature)

__Willie C. Land__
(Name of Counsel - Typed)

__Delaware Correctional Ctr.__
(Address)

__Smyrna, Del. 19977__
(City, State Zip)

_____
(Telephone Number)

FILED DEC 21 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

__Thomas E. Brown__
__Deputy Attorney General__
__Department of Justice__
(Counsel for Appellee)

__820 N. French Street__
(Address)

__Wilmington, DE 19801__
(City, State Zip)

_____
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.



IM: Willie Chand
SBI# 127...
DELAWARE CORRECTIONAL CENTER
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570