UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| Willie C. Land<br>    Petitioner | )<br>)<br>) |
| v. | )    Civil Action No. <u>04-1440-SLR</u><br>) |
| Thomas Carroll, Warden<br>M. Jane Brady, Attorney General for<br>The State of Delaware<br>    Respondents | )<br>)<br>)<br>) |

**PETITONERS APPLICATION FOR**
<u>**CERTIFICATE OF APPEALABILITY**</u>

FILED
DEC 2 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    At a Parole Revocation Hearing Land implored the Board of Parole to postpone the proceedings to allow Land to subpoena Parole Officer Jeff Kay for examination on the call in question.

    Parole Officer Kay's presence at the Hearing for examination on the call in question was vital given the fact that Kay lodged the call in question in Land's parole file.

    The Board denied Land's request and revoked Land's liberty on another Parole Officer's belief that Land possibly violated the conditions of parole.

    In <u>**Morrissey v. Brewer**</u>, 408 U.S. 471 (1972) the Supreme Court held that a parolee has some due process rights and that all decisions of the Board shall be based on facts.

    Delaware Board of Parole **Rule 19(b)(4)** grants Land the right to subpoena any witness relevant to the issue before the Board.

Delaware Board of Parole **Rule 19(b)** states that all decisions from the Board shall be based on facts. In **Compagna v. Hiatt, 100 F.Supp. 74 N.D. Ga. (1951)** the Court ruled that a parolee's liberty cannot be revoked on a mere suspicion, belief, and assumptions.

The Fourteenth Amendment to the United States Constitution guarantees that no person shall be deprived of life, liberty or property without due process of law.

America was founded on the Constitution. To time bar a constitutional violation would as equal to denying an American citizen his/her constitutional rights.

It is evident from the foregoing that Land's due process rights to a fair and impartial hearing were denied.

This Court should remand the case back to the District Court for a fact finding on Land's constitutional claim.

Respectfully submitted,

Willie C. Land, Pro se
Willie C. Land #127622
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Dated: 12-15-05