## Affidavit accompanying Motion for
## Permission to Appeal In Forma Pauperis

United States District Court for the _District_ of _Delaware_

Willie C. Land
          v.        Petitioner

Thomas Carroll Warden
M. Jane Brady, attorney
General for the State
of Delaware
                    Respondents

D.C. Case No. _04-1440-SLR_

Third Cir. No. _____

---

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I sear or affirm under penalty of perjury that my answers on this form are true and correct. (28 U.S.C. § 1746, 18 U.S.C. § 1621)

Signed: _Willie C. Land_

**Instructions**

Complete all questions on this application and then sign it. Do not leave any blanks. If the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate piece of paper identified with your name, your case's docket number, and the question number.

Date: _12-15-05_

---

My issues on Appeal are:    _See attachment_



FILED
DEC 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1

1.      For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| INCOME SOURCE | AVERAGE MONTHLY AMOUNT DURING THE PAST 12 MONTHS | AMOUNT EXPECTED NEXT MONTH |
|---|---|---|
| | You | You |
| Employment | $ 0 | $ 0 |
| Self-Employment | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 |
| Interest and Dividends | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 |
| Child Support | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 |
| Public Assistance (such as welfare) | $ 0 | $ 0 |
| Other (specify): _____ | $ 0 | $ 0 |
| Total monthly income | $ 0 | $ 0 |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|----------|---------|---------------------|-------------------|
| | | | |
| | | | |
| | | | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|----------|---------|---------------------|-------------------|
| | | | |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $

Below, state any money you or spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|-----------------------|-----------------|-----------------|------------------------|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement for each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home                (Value) | Other real estate (Value) | Motor Vehicle # 1 (Value) |
|---|---|---|
| | | |

Make & year: _____

Model: _____

Registration # : _____

| Motor Vehicle # 2 (Value) | Other assets        (Value) | Other assets        (Value) |
|---|---|---|

Make & year: _____

Model: _____

Registration # : _____

6. State every person, business or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| | | |

4

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or Home Mortgage (Include lot rented for mobile home)  Are real estate taxed included?  • yes   • no  Is property insurance included?  • yes   • no | $ _0_ | $ _0_ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ _0_ | $ _0_ |
| Home maintenance (repairs and upkeep) | $ _0_ | $ _0_ |
| Food | $ _0_ | $ _0_ |
| Clothing | $ _0_ | $ _0_ |
| Laundry and dry-cleaning | $ _0_ | $ _0_ |
| Medical and dental expenses | $ _0_ | $ _0_ |
| Transportation (not including motor vehicle payments) | $ _0_ | $ _0_ |
| Recreation, entertainment, newspapers, magazines, etc. | $ _0_ | $ _0_ |
| Insurance (not deducted from wages or included in mortgage payments) | $ _0_ | $ _0_ |
| Homeowners or renters | $ _0_ | $ _0_ |
| Life | $ _0_ | $ _0_ |
| Health | $ _0_ | $ _0_ |
| Motor Vehicle | $ _0_ | $ _0_ |
| Other: _____ | $ _0_ | $ _0_ |
| Taxes (not deducted from wages or included in mortgage payments)(specify): _0_ | $ _0_ | $ _0_ |

5

|                                                                          | You      | Your Spouse |
|--------------------------------------------------------------------------|----------|-------------|
| Installment payments                                                     | $   0    | $   0       |
| Credit Card (name): _____                                                | $   0    | $   0       |
| Department Store (name): ___                                             | $   0    | $   0       |
| Other: _____                                                             | $   0    | $   0       |
| Alimony, maintenance and support paid to others                          | $   0    | $   0       |
| Regular expenses for operation of business or farm (attach detailed statement) | $   0    | $   0       |
| Other (specify): _____                                                   | $   0    | $   0       |
| **Total monthly expenses:**                                              | $   0    | $   0       |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

• Yes     • No     If yes, describe on an attached sheet.

10. Have you paid _____ Or will you be paying _____ an attorney any money for services in connection with this case, including the completion of this form?

• Yes     • No     If yes, how much? $ _____

If yes state the attorney's name, address and telephone number:

_____

_____

_____

11. Have you paid _____ Or will you be paying _____ anyone other than attorney (such as a paralegal or typist) any money for services in connection with this case, including the completion of this form?

· Yes     · No     If yes, how much? $ _____

If yes state the person's name, address and telephone number:

_____

_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I'm a Prisoner incarcerated at the Delaware Correctional Center.

13. State the address of your legal residence.

1181 Paddock Road
Delaware Correctional Center
Smyrna, Del. 19977

Your daytime telephone number: (_____) ___0____

Your age: _49_     Your years of Schooling: _11th (GED)_

Your social security number: _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_

Rev: 3-23-99

7

income credited to the prisoner's account during the preceding
month, each time the amount in the account exceeds $10, until the
entire filing and/or docketing fee has been paid.  28 U.S.C. §
1915(b)(2) (April 26, 1996).

NOTICE TO PRISONER:  You are directed to complete the following
form.  The top portion of the form must be returned to the Clerk.
The lower portion of the completed form shall be returned to the
prison official in charge of the prisoner account.

I,    *Willie C. Land #127622*

(Name of Prisoner and Registered Number if
applicable)

authorize the Clerk of the Court to obtain, from the agency
having custody over me, information about my institutional
account, including balances, deposits, and withdrawals.  The
Clerk may obtain such information until the fee and any other
payments owed the Court are paid.  I also authorize the agency
having custody over me to withdraw funds from my account and
forward payments to the appropriate Clerk of Court in accordance
with 28 U.S.C. §1915 (April 26, 1996).

*Willie C. Land*

Signature of Prisoner

*12-15-05*

Date

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I,    *Willie C. Land #127622*

(Name of Prisoner and Registered Number if
applicable)

authorize the Clerk of the Court to obtain, from the agency
having custody over me, information about my institutional
account, including balances, deposits, and withdrawals.  The
Clerk may obtain such information until the fee and any other
payments owed the Court are paid.  I also authorize the agency
having custody over me to withdraw funds from my account and
forward payments to the appropriate Clerk of Court in accordance
with 28 U.S.C. §1915 (April 26, 1996).

_Willie C. Land, Pro se_
_____
Signature of Prisoner

_12-15-05_
_____
Date

(Rev. 10/96)

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No._____

ADDENDUM TO AFFIDAVIT IN SUPPORT OF MOTION
TO PROCEED IN FORMA PAUPERIS

FILED
DEC 2 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Notice to Litigant:  The Prison Litigation Reform Act of 1995, effective April 26, 1996, has made significant changes to the in forma pauperis statute, 28 U.S.C. § 1915.  The statute no longer provides for waiver of court filing or docketing fees for prisoners who are granted leave to proceed in forma pauperis.  This applies to original proceedings and appeals from decisions in civil actions or proceedings.  Once a prisoner has been granted leave to proceed in forma pauperis, the prisoner is obligated to pay the entire filing and/or docketing fee in the manner prescribed by statute, regardless of the outcome of the proceeding or appeal.

Prisoners proceeding in forma pauperis are now required to pay an initial partial filing fee, and thereafter periodic payments will be made from the prisoner's institutional account until the entire fee has been paid.  28 U.S.C. §1915 (b)(1).  If a prisoner does not have sufficient funds to pay the initial partial fee, the prisoner will not be prohibited from proceeding.  Once there are sufficient funds in the prisoner's account, however, funds will be collected in the manner prescribed by the statute until the entire fee has been paid.  28 U.S.C. §1915 (b)(4).  The obligation to pay the fees and any subsequent costs continues even if the prisoner is transferred or released from custody.

Therefore, you should consider carefully whether you wish to go forward with an appeal or proceeding before you submit an affidavit in support of motion to proceed in forma pauperis to this Court.

The Act has amended § 1915 to require that you submit an affidavit in support of motion to proceed in forma pauperis that includes a statement listing all of your assets.  28 U.S.C. § 1915(a)(1).  Therefore, when completing the attached affidavit, you must include a complete listing of your assets.  You also must complete the following certification:

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that I have the sum of $_0_ _____ in my prison account at (name of institution in which you are confined) _Delaware Correctional Center_

_Willie C. Land_
Applicant's Signature