# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Willie Land                SBI#: 107622

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: December 7, 2005

FILED
DEC 2 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of
June 1, 2005   to   November 30, 2005

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| June | 18.20 |
| July | 8.23 |
| Aug | 39.70 |
| Sept | 29.24 |
| Oct | 11.84 |
| Nov | 13.27 |

Average daily balances/6 months: 20.08

Attachments
CC: File

Stacy Shane
12/7/05

Michael S. Little
Notary public
12/8/05

# Individual Statement

## For Month of June 2005

Date Printed: 12/6/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $20.43 |
|---|---|---|---|---|---|---|
| 00127622 | Land | Willie | | | | |

Current Location: W1

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 6/1/2005 | $25.20 | $0.00 | $0.00 | $45.63 | 113140 | | ILAUNDRY 4/24-5/23 | |
| Canteen | 6/1/2005 | ($41.41) | $0.00 | $0.00 | $4.22 | 114215 | | | |
| Mail | 6/1/2005 | $50.00 | $0.00 | $0.00 | $54.22 | 114476 | 08288832003 | | W. LAND |
| Canteen | 6/7/2005 | ($50.53) | $0.00 | $0.00 | $3.69 | 116954 | | | |
| Mail | 6/9/2005 | $20.00 | $0.00 | $0.00 | $23.69 | 117996 | 08310480496 | | L CARTER |
| Canteen | 6/14/2005 | ($23.24) | $0.00 | $0.00 | $0.45 | 120155 | | | |
| Medical | 6/23/2005 | $0.00 | ($4.00) | $0.00 | $0.45 | 123996 | | 6/15/05 | |
| Medical | 6/23/2005 | ($0.45) | ($3.55) | $0.00 | $0.00 | 124032 | | 6/15/05 | |
| Mail | 6/24/2005 | $20.00 | $0.00 | $0.00 | $20.00 | 124280 | 8547520601 | | L CARTER |
| Canteen | 6/28/2005 | ($16.43) | $0.00 | $0.00 | $3.57 | 125193 | | | |

Ending Mth Balance: $3.57

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 12/6/2005

## For Month of July 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $3.57 |
|---|---|---|---|---|---|---|
| 00127622 | Land | Willie | | | | |

Current Location: W1    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 7/1/2005 | $25.20 | $0.00 | $0.00 | $28.77 | 126451 | | | |
| Canteen | 7/6/2005 | ($24.70) | $0.00 | $0.00 | $4.07 | 128447 | | | |
| Medical | 7/7/2005 | ($3.55) | $0.00 | $0.00 | $0.52 | 129816 | | | |
| Mail | 7/14/2005 | $20.00 | $0.00 | $0.00 | $20.52 | 131598 | 08351571496 | LAUNDRY 5/24-6/23 | L CARTER |
| Canteen | 7/19/2005 | ($20.44) | $0.00 | $0.00 | $0.08 | 133515 | | 6/15/05 | |
| Pay-To | 7/27/2005 | $0.00 | $0.00 | ($1.73) | $0.08 | 136860 | | DST/POSTAGE | |
| Pay-To | 7/27/2005 | $0.00 | $0.00 | ($1.73) | $0.08 | 136861 | | DST/POSTAGE | |

Ending Mth Balance: $0.08

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of August 2005

Date Printed: 12/6/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.08 |
|---|---|---|---|---|---|---|
| 00127622 | Land | Willie | | | | |
| Current Location: | W1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 8/1/2005 | $21.42 | $0.00 | $0.00 | $21.50 | 137806 | | | |
| Canteen | 8/2/2005 | ($19.64) | $0.00 | $0.00 | $1.86 | 139096 | | | |
| Pay-To | 8/5/2005 | ($1.73) | $0.00 | $0.00 | $0.13 | 141398 | | | |
| Mail | 8/12/2005 | $20.00 | $0.00 | $0.00 | $20.13 | 144471 | 0/3104/80922 | LAUNDRY 6/24-7/23 | L CARTER |
| Mail | 8/15/2005 | $50.00 | $0.00 | $0.00 | $70.13 | 144623 | 08933135646 | | ALPHONSO LAND |
| Mail | 8/16/2005 | $40.00 | $0.00 | $0.00 | $110.13 | 145369 | 7245027720 | DST/POSTAGE | C PELT |
| Canteen | 8/23/2005 | ($74.91) | $0.00 | $0.00 | $35.22 | 148291 | | | |
| Canteen | 8/30/2005 | ($7.88) | $0.00 | $0.00 | $27.34 | 150541 | | | |

Ending Mth Balance: $27.34

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 12/6/2005

Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $27.34 |
|---|---|---|---|---|---|---|
| 00127622 | Land | Willie | | | | |

Current Location: W1

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 9/1/2005 | $25.20 | $0.00 | $0.00 | $52.54 | 152208 | | | |
| Mail | 9/2/2005 | $20.00 | $0.00 | $0.00 | $72.54 | 152924 | 8873461697 | LAUNDRY 7/24-8/23 | L CARTER |
| Canteen | 9/6/2005 | ($34.17) | $0.00 | $0.00 | $38.37 | 153999 | | | |
| Pay-To | 9/9/2005 | ($8.00) | $0.00 | $0.00 | $30.37 | 155413 | | PACKAGE TRUST | |
| Canteen | 9/13/2005 | ($14.09) | $0.00 | $0.00 | $16.28 | 157118 | | | |
| Canteen | 9/20/2005 | ($13.01) | $0.00 | $0.00 | $3.27 | 159931 | | | |
| Mail | 9/23/2005 | $25.00 | $0.00 | $0.00 | $28.27 | 161567 | 08873455724 | | L. CARTER |
| Canteen | 9/27/2005 | ($13.04) | $0.00 | $0.00 | $15.23 | 162292 | | | |

Ending Mth Balance: $15.23

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of October 2005

Date Printed: 12/6/2005  
Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $15.23 |
|---|---|---|---|---|---|---|
| 00127622 | Land | Willie | | | | |

Current Location: W1    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 10/3/2005 | $23.94 | $0.00 | $0.00 | $39.17 | 164550 | | | |
| Canteen | 10/4/2005 | ($21.46) | $0.00 | $0.00 | $17.71 | 165565 | | | |
| Pay-To | 10/6/2005 | ($5.00) | $0.00 | $0.00 | $12.71 | 167556 | | LAUNDRY 8/24-9/23 | |
| Mail | 10/11/2005 | $25.00 | $0.00 | $0.00 | $37.71 | 169360 | 8889599070 | PACKAGETRUST.CO | L. CARTER |
| Canteen | 10/11/2005 | ($12.63) | $0.00 | $0.00 | $25.08 | 169744 | | | |
| Pay-To | 10/14/2005 | ($1.50) | $0.00 | $0.00 | $23.58 | 172440 | | MASJID MUHAMMAD | |
| Canteen | 10/18/2005 | ($19.55) | $0.00 | $0.00 | $4.03 | 172900 | | | |
| Canteen | 10/25/2005 | ($3.95) | $0.00 | $0.00 | $0.08 | 175250 | | | |

Ending Mth Balance: $0.08

Total Amount Currently on Medical Hold: $0.00  
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 12/6/2005

## For Month of November 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.08 |
|---|---|---|---|---|---|---|
| 00127622 | Land | Willie | | | | |
| Current Location: | W1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 11/1/2005 | $22.68 | $0.00 | $0.00 | $22.76 | 177145 | | | |
| Canteen | 11/1/2005 | ($21.98) | $0.00 | $0.00 | $0.78 | 178381 | | | |
| Mail | 11/1/2005 | $25.00 | $0.00 | $0.00 | $25.78 | 178484 | 09340655253 | LAUNDRY 9/24-10/23 | L. CARTER |
| Canteen | 11/8/2005 | ($19.82) | $0.00 | $0.00 | $5.96 | 181328 | | | |
| Canteen | 11/15/2005 | ($5.90) | $0.00 | $0.00 | $0.06 | 184423 | | | |
| Mail | 11/22/2005 | $25.00 | $0.00 | $0.00 | $25.06 | 187325 | 8889578447 | | L. CARTER, |
| Canteen | 11/29/2005 | ($25.02) | $0.00 | $0.00 | $0.04 | 188924 | | | |

Ending Mth Balance: $0.04

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

NOTICE TO PRISONER: You must submit to this Court a certified copy of your prison trust fund account statement (or institutional equivalent) for each institution in which you have been confined for the six-month period immediately preceding the date of this application. 28 U.S.C. §1915(a)(2). The following certification from an authorized officer of your institution(s) must accompany the account statement(s):

    I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

RECEIVED-D.C.C.
DEC 0 6 2005
SUPPORT SERVICES MANAGER

_Stacy Shane_
Authorized Officer of Institution

NOTICE TO PRISON OFFICIALS: Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward monthly payments of 20% of the income credited to the prisoner's account during the preceding month, each time the amount in the account exceeds $10, until the entire filing and/or docketing fee has been paid.

------------------------------------------------------------

(Cut along the dotted line and forward to each institution in which applicant has been confined for the six-month period prior to the date this application is made.)

    I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_Stacy Shane_
Authorized Officer of Institution

NOTICE TO PRISON OFFICIALS: Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. Once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward monthly payments of 20% of the