IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIE C. LAND, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-1440-SLR |
| | ) | |
| THOMAS L. CARROLL, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

At Wilmington this 4th day of January, 2006;

IT IS ORDERED that:

Petitioner Willie C. Land's motion to proceed in forma pauperis on appeal is DENIED as unnecessary. (D.I. 25) The court previously granted petitioner's request to proceed in forma pauperis on his § 2254 petition, (D.I. 4), and his in forma pauperis status continues on appeal. See Federal Rule of Appellate Procedure 24(a)(3)("party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization, unless . . . the district court . . . certifies that the appeal is not taken in good faith").

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE