DPS-341                                                                                September 21, 2006

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **05-5518**

WILLIE C. LAND

  v.

ATTORNEY GENERAL OF THE STATE OF DELAWARE;
WARDEN THOMAS L. CARROLL

   (D. Del Civ. No. 04-cv-01440)

Present:    FUENTES, VAN ANTWERPEN AND CHAGARES, <u>CIRCUIT JUDGES</u>

    Submitted is Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1) in the above-captioned case.

                              Respectfully,

                              Clerk

MMW/TJS/slc

_____ORDER_____

**The foregoing** request for a certificate of appealability is denied. Appellant has not shown that "jurists of reason would find it debatable whether the district court was correct" in ruling that Appellant's petition filed pursuant to 28 U.S.C. § 2254 was untimely filed under section 2244(d)(1), that statutory tolling under section 2244(d)(2) was to no avail, and that Land had not shown that he was prevented in some extraordinary way from timely filing his habeas petition as to justify equitable tolling of the limitations period. <u>See</u> <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000) (standard for certificate of appealability); 28 U.S.C. § 2244(d)(2) (statutory tolling); <u>Johnson v. Hendricks</u>, 314 F.3d 159, 162 (3d Cir. 2002) (equitable tolling).

                              By the Court,

                              /s/ *Franklin S. Van Antwerpen*
    A True Copy:                   Circuit Judge

Dated:  October 4, 2006   *Marcia M. Waldron*
SLC/cc:  Mr. Willie C. Land   Marcia M. Waldron, Clerk
        Thomas E. Brown, Esq.